UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| NINA FLECHA, on behalf of herself and all others similarly situated, | § § § | |
| PLAINTIFF, | § § | CASE NUMBER: 1:16-cv-00792-LY |
| v. | § § | |
| MEDICREDIT, INC., and FIDELITY AND DEPOSIT COMPANY OF MARYLAND, | § § § § | |
| DEFENDANTS. | § § | |

**PLAINTIFF NINA FLECHA'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT MEDICREDIT, INC.**

Plaintiff, Nina Flecha, by and through her attorneys, respectfully moves for summary judgment in her favor pursuant to Rule 56 of the Federal Rules of Civil Procedure on Plaintiff's claims under 15 U.S.C. § 1692 *et seq*. ("FDCPA"). Plaintiff incorporates her Memorandum of Law in Support of her Motion for Summary Judgment, contemporaneously filed with this Motion.

WHEREFORE, for the reasons set out in Plaintiff's Memorandum of Law in Support of Motion for Summary Judgment, Plaintiff, Nina Flecha, respectfully requests that this Court enter summary judgment in her favor on her FDCPA claims and against Defendant, and for any other relief as this Court deems proper.

Respectfully submitted,

*s/Celetha C. Chatman*
Celetha Chatman

1

Celetha Chatman
Michael Wood
**Community Lawyers Group, Ltd.**
73 W. Monroe Street, Suite 514
Chicago, IL 60603
Ph: (312) 757-1880
Fx: (312) 265-3227
cchatman@communitylawyersgroup.com
mwood@communitylawyersgroup.com

**CERTIFICATE OF SERVICE**

      I, Celetha Chatman, an attorney, hereby certify that on March 13, 2018, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**Dated: March 13, 2018**                                                                                                        Respectfully submitted,

                                                                                                                            By:    */s/ Celetha Chatman*

Celetha Chatman  
Michael Wood  
**Community Lawyers Group, Ltd.**  
73 W. Monroe Street, Suite 514  
Chicago, IL 60603  
Ph: (312) 757-1880  
Fx: (312) 265-3227  
cchatman@communitylawyersgroup.com  
mwood@communitylawyersgroup.com