# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| NINA FLECHA, on behalf of herself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MEDICREDIT, INC. and FIDELITY AND DEPOSIT COMPANY OF MARYLAND<br><br>    Defendants. | Case No. 1:16-cv-00792-LY<br><br>**JOINT NOTICE OF SETTLEMENT** |

**NOTICE IS HERBY GIVEN** that the claims and disputes between Plaintiff NINA FLECHA ("Plaintiff") and Defendants MEDICREDIT, INC. and FIDELITY AND DEPOSIT COMPANY OF MARYLAND ("Defendants") have been settled. Plaintiff and Defendants anticipate filing a Stipulation for Dismissal of Plaintiff's claims against Defendants, with prejudice, within 30 days. This will allow time for the settlement to be finalized. Plaintiff and Defendants request that all pending dates and filing requirements be vacated and that the Court set a deadline forty-five (45) days from present for filing a Dismissal.

DATED:  July 14, 2020

      /s/ Jacob Stahl
      Jacob W. Stahl
         New York Bar No. 4417408
         jwstahl@debevoise.com
      Maura K. Monaghan
         New York Bar No. 3042751
         mkmonaghan@debevoise.com
      Harold W. Williford
         New York Bar No. 5259379
         hwwilliford@debevoise.com
      DEBEVOISE & PLIMPTON LLP
      919 Third Ave.
      New York, NY 10022
      Tel: (212) 909-6000

      *Counsel for Defendant Medicredit, Inc.*


      /s/ Jamie Cotter
      Jamie Cotter
         Jcotter@SpencerFane.com
      SPENCER FANE LLP
      1700 Lincoln Street, Suite 2000
      Denver, CO 80203
      Tel: (303) 839-3826

      Tara M. Kumpf
         Tara.kumpf@ogletree.com
      OGLETREE, DEAKINS, NASH,
      SMOAK & STEWART, P.C.
      301 Congress Avenue, Suite 1150
      Austin, Texas 78701
      Tel: 512.344.4700
      Fax: 512.344.4701

      *Counsel for Defendants Medicredit, Inc. and*
      *Fidelity and Deposit Company of Maryland*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the above and foregoing has been served **via CM/ECF** on this 14 day of July, 2020.

                                            */s/ Jacob Stahl*