UNITED STATES DISTRICT COURT
Western District of Texas
Austin Division

| | |
|---|---|
| NINA FLECHA, § § § *Plaintiff*, § § v. § § MEDICREDIT, INC., and § FIDELITY AND DEPOSIT § COMPANY OF MARYLAND, § § *Defendants*. § | CASE NO: 1:16-cv-00792-LY (AWA) Hon. Lee Yeakel |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Nina Flecha, and Defendants, Medicredit, Inc., and Fidelity and Deposit Company of Maryland, hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, with prejudice, and with each side to bear its own costs and attorneys' fees.

Dated: August 23, 2020

/s/ Robert Zimmer
Robert Zimmer
State Bar No. 24098662
Zimmer & Associates
707 West Tenth Street
Austin, TX 78701
Telephone: (512) 434-0306
Facsimile: (310) 943-6954
E-mail: zimmerlawtx@gmail.com

*Attorney for Plaintiff*

s/ Jacob W. Stahl
Jacob W. Stahl
    New York Bar No. 4417408*
    jwstahl@debevoise.com
Maura K. Monaghan
    New York Bar No. 3042751*
    mkmonaghan@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Ave.
New York, NY 10022
Telephone: (212) 909-6000

*Attorneys for Defendant Medicredit, Inc.*

Jamie N. Cotter
   Colorado Bar No. 40309
   jcotter@spencerfane.com
SPENCER FANE LLP
1700 Lincoln Street, Suite 2000
Denver, Colorado 80203
Tel: 303.839-3826
Fax: 303.839.3838

Tara Moriarty Kumpf
   Texas Bar No. 24092652
   Tara.kumpf@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
301 Congress Avenue, Suite 1150
Austin, Texas 78701
Tel: 512.344.4700
Fax: 512.344.4701

Shafeeqa W. Giarratani
   Texas Bar No. 24051493
   Shafeeqa.giarratani@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
301 Congress Avenue, Suite 1150
Austin, Texas 78701
Tel: 512.344.4700
Fax: 512.344.4701

*Attorneys for Defendants Medicredit, Inc. and Fidelity and Deposit Company of Maryland*